## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kyles, Albert James

Kyles, Barbara Ann

Printed: 12/02/08

Case Number:  05 B 47629

Judge:  Goldgar, A. Benjamin

Filed:  10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  November 26, 2008

Confirmed:  November 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 54,431.20 |  |
| Secured: |  | 9,875.07 |
| Unsecured: |  | 40,058.62 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 2,997.51 |
| Other Funds: |  | 0.00 |
| Totals: | 54,431.20 | 54,431.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,500.00 | 1,500.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 9,875.07 | 9,875.07 |
| 3. | Discover Financial Services | Unsecured | 8,480.22 | 8,742.49 |
| 4. | ECast Settlement Corp | Unsecured | 875.40 | 902.47 |
| 5. | Resurgent Capital Services | Unsecured | 10,252.31 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 2,795.00 | 2,881.44 |
| 7. | Capital One | Unsecured | 5,264.60 | 5,427.42 |
| 8. | ECast Settlement Corp | Unsecured | 3,249.69 | 3,350.20 |
| 9. | ECast Settlement Corp | Unsecured | 10,188.44 | 10,503.55 |
| 10. | American Express Centurion | Unsecured | 7,668.82 | 7,906.00 |
| 11. | DaimlerChrysler Servs North America | Unsecured | 334.70 | 345.05 |
| | | | $ 60,484.25 | $ 51,433.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 662.04 |
| 5% | 227.94 |
| 4.8% | 434.88 |
| 5.4% | 978.52 |
| 6.5% | 592.33 |
| 6.6% | 101.80 |
| | $ 2,997.51 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kyles, Albert James

Kyles, Barbara Ann

Printed: 12/02/08

Case Number:  05 B 47629

Judge:  Goldgar, A. Benjamin

Filed:  10/11/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

